# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 8, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158177(51)

PEOPLE OF STATE OF MICHIGAN,
          Plaintiff-Appellant,

v

DAKOTA LEE SHORTER,
          Defendant-Appellee.
_____/

SC: 158177
COA: 338629
Ingham CC: 16-000519-FH

On order of the Chief Justice, the motion of the Michigan Coalition to End Domestic & Sexual Violence and End Violent Encounters, Inc., to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 3, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 8, 2018



Clerk